AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN _____    District of _____    MISSISSIPPI

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | |
| HELENE V. WALKER-BROWN | |

Case Number:    1:05cr55 KS-JMR-001

USM Number:    06127-017

Roy K. Smith
Defendant's Attorney

## THE DEFENDANT:

■ pleaded guilty to count(s)    6 and 8 of Indictment

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1344 | Bank Fraud | 6/23/05 | 6 |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 4/12/05 | 8 |

The defendant is sentenced as provided in pages 2 through    6    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

■ Count(s)    1, 3, 4 & 5    ☐ is  ■ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 16, 2006
Date of Imposition of Judgment

Signature of Judge

Keith Starrett, United States District Judge
Name and Title of Judge

2-28-2006
Date

AO 245B    (Rev. 12/03) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page    2    of    6

DEFENDANT:          Helene V. Walker-Brown
CASE NUMBER:     1:05cr55 KS-JMR-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of:

26 months as to Count 6; and 24 months as to Count 8, to be served consecutively to Count 6, for a total sentence
of 50 months

■   The court makes the following recommendations to the Bureau of Prisons:
    The court recommends designation to an institution closest to the defendant's home for which she is eligible.

■   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.  ☐ p.m.    on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 12/03) Judgment in a Criminal Case
            Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___6___

DEFENDANT:        Helene V. Walker-Brown
CASE NUMBER:      1:05cr55 KS-JMR-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

Five years as to Count 6, and one year as to Count 8, said terms to run concurrently.


The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable.)

■    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  (Check, if applicable.)

■    The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.  (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B     (Rev. 12/03) Judgment in a Criminal Case
            Sheet 3A — Supervised Release

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page    4    of    6

DEFENDANT:        Helene V. Walker-Brown
CASE NUMBER:      1:05cr55 KS-JMR-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall abstain from the use of alcohol and illicit drugs.

2. The defendant shall not use any mood altering substances, including prescribed medication, without permission of the probation office.

3. The defendant shall not open any lines of credit until such time as restitution is paid in full.

4. The defendant shall release to the probation office any requested financial information.

5. The defendant shall pay restitution in accordance with the terms of this judgment.

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___5___ of ___6___

DEFENDANT:         Helene V. Walker-Brown
CASE NUMBER:       1:05cr55 KS-JMR-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 200.00 | $ | $ 106,313.88 |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

■  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| See Exhibit "A" attached hereto | | | |
| **TOTALS** | $  106,313.88 | $  106,313.88 | |

☐  Restitution amount ordered pursuant to plea agreement $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐  the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 6 — Schedule of Payments

Judgment — Page    6    of    6

DEFENDANT:        Helene V. Walker-Brown
CASE NUMBER:      1:05cr55 KS-JMR-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  ■  Lump sum payment of $  200.00  due immediately.

    ☐ not later than _____ , or
    ☐ in accordance     ☐ C,   ☐ D,   ☐  E, or   ☐ F below; or

**B**  ■  Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ■ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ■  Special instructions regarding the payment of criminal monetary penalties:

    Restitution is due immediately with any unpaid balance to be paid at a rate of not less than $500 per month during the term of
    supervised release.  $1,551.00 found on defendant's person shall be applied to restitution.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

DEFENDANT:      Helene V. Walker-Brown
CASE NUMBER:    1:05cr55 KS-JMR-001

| LAST NAME | FIRST NAME | DATE | CHECK # | PAY TO | AMOUNT | LOSS VICTIM | ADDRESS | CITY | ST | ZIP | CONTACT PERSON | CONTACT PHONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lopez | Desiree | 7/1/2004 | 789 | U S Postal Service | $100.48 | Accounting Reconciliation, U S P S | 2825 Lone Oak Pkwy | Eagan | MN | 55121-9672 | Joyce McCabe | 651-406-1517 |
| Bowie | Aisha | 3/3/2005 | 1031 | Postmaster | $167.75 | Accounting Reconciliation, U S P S | 2825 Lone Oak Pkwy | Eagan | MN | 55121-9672 | Joyce McCabe | 651-406-1517 |
| Hart | Sharon | 4/16/2005 | 1026 | USPS | $175.70 | Accounting Reconciliation, U S P S | 2825 Lone Oak Pkwy | Eagan | MN | 55121-9672 | Joyce McCabe | 651-406-1517 |
| Hart | Sharon | 4/16/2005 | 1026 | U S Postal Service | $175.70 | Accounting Reconciliation, U S P S | 2825 Lone Oak Pkwy | Eagan | MN | 55121-9672 | Joyce McCabe | 651-406-1517 |
| Hart | Sharon | 4/16/2005 | 1025 | U S Postal Service | $39.52 | Accounting Reconciliation, U S P S | 2825 Lone Oak Pkwy | Eagan | MN | 55121-9672 | Joyce McCabe | 651-406-1517 |
| Hart | Sharon | 4/16/2005 | 1025 | USPS | $39.52 | Accounting Reconciliation, U S P S | 2825 Lone Oak Pkwy | Eagan | MN | 55121-9672 | Joyce McCabe | 651-406-1517 |
| Hart | Sharon | 4/20/2005 | 1204 | U S Postal Service | $225.65 | Accounting Reconciliation, U S P S | 2825 Lone Oak Pkwy | Eagan | MN | 55121-9672 | Joyce McCabe | 651-406-1517 |
| McCray | Jeneen | 5/17/2005 | 1204 | USPS | $215.45 | Accounting Reconciliation, U S P S | 2825 Lone Oak Pkwy | Eagan | MN | 55121-9672 | Joyce McCabe | 651-406-1517 |
| McCray | Jeneen | 5/17/2005 | 1203 | USPS | $116.35 | Accounting Reconciliation, U S P S | 2825 Lone Oak Pkwy | Eagan | MN | 55121-9672 | Joyce McCabe | 651-406-1517 |
| McCray | Jeneen | 5/17/2005 | 1202 | USPS | $15.43 | Accounting Reconciliation, U S P S | 2825 Lone Oak Pkwy | Eagan | MN | 55121-9672 | Joyce McCabe | 651-406-1517 |
| McCray | Jeneen | 5/18/2005 | 1214 | USPS | $354.70 | Accounting Reconciliation, U S P S | 2825 Lone Oak Pkwy | Eagan | MN | 55121-9672 | Joyce McCabe | 651-406-1517 |
| McCray | Jeneen | 5/20/2005 | 1225 | USPS | $33.80 | Accounting Reconciliation, U S P S | 2825 Lone Oak Pkwy | Eagan | MN | 55121-9672 | Joyce McCabe | 651-406-1517 |
| McCray | Jeneen | 5/24/2005 | 1199 | Postmaster | $128.97 | Accounting Reconciliation, U S P S | 2825 Lone Oak Pkwy | Eagan | MN | 55121-9672 | Joyce McCabe | 651-406-1517 |
| Bowie | Aisha | 3/2/2005 | 1228 | Cash | $1,000.00 | AmSouth Bank | PO Box 109 | Mobile | AL | 36601-0109 | Gina Herron | 251-438-8020 |
| Hart | Sharon | 4/17/2005 | 1211 | Rodney L. Elland | $950.00 | AmSouth Bank | PO Box 109 | Mobile | AL | 36601-0109 | Gina Herron | 251-438-8020 |
| Hart | Sharon | | | K-Mart | $197.71 | Audit Systems Inc. | PO Box 17229 | Clearwater | FL | 33762 | | 800-741-1969 |
| Hart | Sharon | 4/18/2005 | 1182 | Barnes & Noble | $141.14 | Barnes & Noble | 15246 Crossroads Pkwy | Gulfport | MS | 39503 | Robin Ryan | 228-832-9906 |
| Hart | Sharon | 4/23/2005 | 1162 | Brookshire's | $117.80 | Brookshire Grocery Company | Collection Dept., POB 779 | Tyler | TX | 75710 | | 877-391-0853 |
| Hart | Sharon | | 1197 | Brookshire's | $122.99 | Brookshire Grocery Company | Collection Dept., POB 779 | Tyler | TX | 75710 | Sandra Ellis | 877-391-0853 |
| Hart | Sharon | 4/15/2005 | 1003 | Delta Airlines | $701.40 | Capital Resource Credit Consultants Inc | PO Box 390046 | Minneapolis | MN | 55439 | | 952-912-0057 |
| Hart | Sharon | 4/19/2005 | 1155 | Delta Airlines | $884.80 | Capital Resource Credit Consultants Inc | PO Box 390046 | Minneapolis | MN | 55439 | | 952-912-0057 |
| Hart | Sharon | 4/19/2005 | 1151 | Delta Airlines | $949.70 | Capital Resource Credit Consultants Inc | PO Box 390046 | Minneapolis | MN | 55439 | | 952-912-0057 |
| Hart | Sharon | | 1187 | Delta Airlines | $598.90 | Capital Resource Credit Consultants Inc | PO Box 390046 | Minneapolis | MN | 55439 | | 952-912-0057 |
| Hart | Sharon | | 1189 | Delta Airlines | $598.90 | Capital Resource Credit Consultants Inc | PO Box 390046 | Minneapolis | MN | 55439 | | 952-912-0057 |
| Hart | Sharon | | 1188 | Delta Airlines | $598.90 | Capital Resource Credit Consultants Inc | PO Box 390046 | Minneapolis | MN | 55439 | | 952-912-0057 |
| Hart | Sharon | | 1116 | Delta Airlines | $227.20 | Capital Resource Credit Consultants Inc | PO Box 390046 | Minneapolis | MN | 55439 | | 952-912-0057 |
| Hart | Sharon | | 1004 | Delta Airlines | $474.20 | Capital Resource Credit Consultants Inc | PO Box 390046 | Minneapolis | MN | 55439 | | 952-912-0057 |
| Pellette | Wallina | 11/14/2004 | 1103 | Casual Corner | $205.63 | Casual Corner | 100 Phoenix Ave. | Enfield | CT | 06082 | Collection Manager | 800-662-8042 |
| Pellette | Wallina | 11/14/2004 | 1104 | Casual Corner | $100.00 | Casual Corner | 100 Phoenix Ave. | Enfield | CT | 06082 | Collection Manager | 800-662-8042 |
| Pellette | Wallina | 11/18/2004 | 1045 | Casual Corner | $200.00 | Casual Corner | 100 Phoenix Ave. | Enfield | CT | 06082 | Collection Manager | 800-662-8042 |
| Hart | Sharon | 4/18/2005 | 1197 | Casual Corner | $32.70 | Casual Corner | 100 Phoenix Ave. | Enfield | CT | 06082 | Collection Manager | 800-662-8042 |
| Hart | Sharon | 4/18/2005 | 1198 | Casual Corner | $333.38 | Casual Corner | 100 Phoenix Ave. | Enfield | CT | 06082 | Collection Manager | 800-662-8042 |
| Hart | Sharon | 4/18/2005 | 1199 | Casual Corner | $253.84 | Casual Corner | 101 Phoenix Ave. | Enfield | CT | 06082 | Collection Manager | 800-662-8042 |
| Pellette | Wallina | 11/13/2004 | 1090 | Victoria's Secret | $53.77 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/15/2005 | 1017 | Home Depot | $133.67 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/15/2005 | 1098 | Limited Too | $66.88 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/15/2005 | 1016 | Petsmart #0633 | $252.87 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/16/2005 | 1024 | Goody's #248 | $189.74 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/16/2005 | 1023 | Goody's #248 | $200.00 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/16/2005 | 1021 | Home Depot | $639.79 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/16/2005 | 1099 | Limited Too | $50.00 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/17/2005 | 1111 | Home Depot | $742.57 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/17/2005 | 1115 | Ryan's #226 | $42.71 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/18/2005 | 1214 | Home Depot | $635.58 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/18/2005 | 1118 | Goody's #248 | $197.10 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/21/2005 | 1221 | Kinko's #750 | $43.08 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/21/2005 | 1220 | Goody's #248 | $63.75 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/23/2005 | 1236 | Petsmart #1235 | $171.88 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/24/2005 | 1163 | Home Depot | $52.39 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/26/2005 | 1185 | Kirkland's #320 | $47.05 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/26/2005 | 1186 | Kirkland's #320 | $50.00 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/26/2005 | 1190 | Limited Too | $59.04 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/26/2005 | 1189 | Limited Too | $56.95 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/26/2005 | 1184 | The Shoe Dept. #0805 | $50.00 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |
| Hart | Sharon | 4/28/2005 | 1195 | | $50.00 | Certegy Payment Recovery Services Inc. | PO Box 2864 | Tuscaloosa | AL | 35403-2864 | Collection Manager | 800-873-5869 |

EXHIBIT "A" - Page 1 of 5

DEFENDANT:        Helene V. Walker-Brown
CASE NUMBER:   1:05cr55 KS-JMR-001

| LAST NAME | FIRST NAME | DATE | CHECK # | PAY TO | AMOUNT | LOSS VICTIM | ADDRESS | CITY | ST | ZIP | CONTACT PERSON | CONTACT PHONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hart | Sharon | 4/18/2005 | 1194 | Dillard's #241 | $98.10 | Certegy Payment Recovery Services Inc. | PO Box 30272 | Tampa | FL | 33630-3272 | | 966-441-3925 |
| Hart | Sharon | 4/26/2005 | 1193 | Bed Bath & Beyond 354 | $78.04 | Certegy Payment Recovery Services Inc. | PO Box 30272 | Tampa | FL | 33630-3272 | | 866-441-3925 |
| Hart | Sharon | 4/18/2005 | 1194 | Bed Bath & Beyond 354 | $51.29 | Certegy Payment Recovery Services Inc. | PO Box 30272 | Tampa | FL | 33630-3272 | | 866-441-3925 |
| Hart | Sharon | 4/16/2005 | 1104 | Choice Supermarket #2 | $47.39 | CheckCare | PO Box 8774 | Metairie | LA | 70011-8774 | | 800-749-7346 |
| Hart | Sharon | 4/26/2005 | 1152 | Claire's | $49.21 | Claire's Stores | 2400 W. Central Rd | Hoffman Estates | IL | 60195 | Collection Manager | 800-252-4737 |
| Hart | Sharon | 4/20/2005 | 1230 | Clark Oil | $26.15 | Clark Oil #31 | 800 Mississippi Dr | Waynesboro | MS | 39367 | Collection Manager | 601-735-3009 |
| Hart | Sharon | 4/15/2005 | 1018 | J C Penney | $545.65 | ClearCheck Inc. | PO Box 27087 | Greenville | SC | 29616 | Collection Manager | 800-859-3170 |
| Hart | Sharon | 4/20/2005 | 1220 | J C Penney | $508.88 | ClearCheck Inc. | PO Box 27087 | Greenville | SC | 29616 | Collection Manager | 800-859-3170 |
| Hart | Sharon | 4/20/2005 | 1210 | Chevron | $9.42 | Chevron | 3000 Hanover St. | Palo Alto | CA | 94304 | Collection Manager | 650-857-1501 |
| Hart | Sharon | 4/21/2005 | 1158 | The Penney | $42.80 | Compac Store #520 | PO Box 67555 | Harrisburg | PA | 17106-7555 | Collection Manager | 800-486-0955 |
| Hart | Sharon | 4/21/2005 | | Claire's Stores | $50.00 | CRA Security Systems | PO Box 67555 | Harrisburg | PA | 17106-7555 | Lyons, Recovery D | 800-486-0955 |
| Hart | Sharon | 4/19/2005 | 1206 | CVS Pharmacy | $10.41 | CVS Pharmacy #5149 | 1 CVS Drive | Woonsocket | RI | 2895 | Collection Manager | 888-607-4287 |
| Pellette | Wallna | 11/16/2005 | 1035 | Delta Airlines | $346.70 | Delta Airlines, Dept. 687 | PO Box 20706 | Atlanta | GA | 30320 | Sue Moir | 404-715-8208 |
| Pellette | Wallna | 11/16/2005 | 1036 | Delta Airlines | $484.10 | Delta Airlines, Dept. 687 | PO Box 20706 | Atlanta | GA | 30320 | Sue Moir | 404-715-8208 |
| Hart | Sharon | 5/3/2005 | 1204 | D. L. Seago DDS | $185.00 | Donald L. Seago, DDS | 971 Lakeland Dr, Suite 225 | Jackson | MS | 39216 | | 800-453-3339 |
| Pellette | Wallna | 11/13/2004 | 1077 | Fed Ex | $216.67 | Federal Express | 3875 Airways | Memphis | TN | 38116 | | 214-560-7000 |
| Pellette | Wallna | 11/13/2004 | 1078 | Kinko's | $28.61 | FedEx Kinko's, 3 Galleria Tower | 13155 Noel Rd, Ste. 1600 | Dallas | TX | 75240 | Collection Manager | 888-288-3947 |
| Hart | Sharon | 4/24/2005 | 1237 | GNC | $113.38 | First Performance Recovery Corp. | 4901 NW 17th Way Suite 201 | Fort Lauderdale | FL | 33309 | Collection Manager | |
| Bowie | Alsha | 3/16/2004 | 1034 | Fred's | $37.31 | Fred's Inc. | 4300 Getwell Rd | Memphis | TN | 38118 | Corner, Loss Prevention | 901-205-2014 |
| Hart | Sharon | 4/19/2005 | 1156 | Fred's | $208.68 | Fred's Inc. | 4300 Getwell Rd | Memphis | TN | 38118 | Corner, Loss Prevention | 901-205-2014 |
| Pellette | Wallna | 11/15/2004 | 1118 | FYE | $159.32 | FYE, Trans World Enterprises | 38 Corporate Cir. | Albany | NY | 12203 | Loss Prevention | 518-452-1242 |
| Pellette | Wallna | 11/12/2004 | 1119 | FYE | $70.56 | FYE, Trans World Enterprises | 38 Corporate Cir. | Albany | NY | 12203 | Loss Prevention | 518-452-1242 |
| Pellette | Wallna | 11/12/2004 | 1068 | GNC | $107.99 | GNC Inc. | 300 6th Ave. | Pittsburgh | PA | 15222 | | 800-765-7099 |
| Pellette | Wallna | 11/12/2004 | 1069 | GNC | $136.77 | GNC Inc. | 300 6th Ave. | Pittsburgh | PA | 15222 | | 800-765-7099 |
| Pellette | Wallna | 11/13/2004 | 1084 | Goody's | $197.16 | Goody's Family Clothing | 400 Goody's Lane | Knoxville | TN | 37922 | | 800-224-3114 |
| Pellette | Wallna | 11/15/2004 | 1089 | Goody's | $109.44 | Goody's Family Clothing | 400 Goody's Lane | Knoxville | TN | 37922 | | 800-224-3114 |
| Pellette | Wallna | 11/13/2004 | 1083 | Harvest Foods | $26.07 | Harvest Foods | 8109 Hwy I-30 | Little Rock | AR | 72209 | | 501-570-0007 |
| Pellette | Wallna | 11/12/2004 | 1031 | Home Depot | $274.40 | Home Depot Inc. | 2455 Paces Ferry Rd SE | Atlanta | GA | 30339 | Mike Lamb | 800-553-3199 |
| Pellette | Wallna | 11/12/2004 | 1065 | J C Penney | $647.14 | J C Penney Corp. | PO Box 10001 | Dallas | TX | 75301 | Check Collections | 800-322-1189 |
| Hart | Sharon | 5/3/2005 | 1205 | Farfows | $32.00 | Jackson Mental Health Center | | Jackson | MS | | | |
| Hart | Sharon | 4/19/2005 | 1223 | KFC | $19.34 | KFC | PO Box 725489 | Atlanta | GA | 31139 | Collection Manager | 800-225-5532 |
| Pellette | Wallna | 11/12/2004 | 1224 | Kroger | $201.56 | Kroger Check Recovery Center | PO Box 30650 | Salt Lake City | UT | 84130-0650 | Casey Whitehead | 800-917-5484 ext 1321 |
| Pellette | Wallna | 11/14/2004 | 1097 | Kroger | $75.57 | Kroger Check Recovery Center | PO Box 30650 | Salt Lake City | UT | 84130-0650 | Casey Whitehead | 800-917-5484 ext 1321 |
| Pellette | Wallna | 11/14/2004 | 1115 | Kroger | $172.90 | Kroger Check Recovery Center | PO Box 30650 | Salt Lake City | UT | 84130-0650 | Casey Whitehead | 800-917-5484 ext 1321 |
| Hart | Sharon | 4/21/2005 | 1156 | Kroger | $185.47 | Kroger Check Recovery Center | PO Box 30650 | Salt Lake City | UT | 84130-0650 | Casey Whitehead | 800-917-5484 ext 1321 |
| Hart | Sharon | 4/22/2005 | 1236 | Kroger Food Stores | $107.87 | Kroger Check Recovery Center | PO Box 30650 | Salt Lake City | UT | 84130-0650 | Casey Whitehead | 800-917-5484 ext 1321 |
| Hart | Sharon | 4/22/2005 | 1237 | Kroger | $132.24 | Kroger Check Recovery Center | PO Box 30650 | Salt Lake City | UT | 84130-0650 | Casey Whitehead | 800-917-5484 ext 1321 |
| Pellette | Wallna | 11/13/2004 | 1093 | Limited Too | $54.29 | Limited Too | PO Box 551527 | Dallas | TX | 75355 | Casey Whitehead | 866-458-3866 |
| Pellette | Wallna | 11/14/2004 | 1094 | Limited Too | $50.00 | Limited Too | PO Box 551527 | Dallas | TX | 75355 | Casey Whitehead | 866-458-3866 |
| Pellette | Wallna | 11/14/2004 | 1106 | Limited Too | $53.51 | Limited Too | PO Box 551527 | Dallas | TX | 75355 | Casey Whitehead | 866-458-3866 |
| Pellette | Wallna | 11/14/2004 | 1107 | Limited Too | $50.00 | Limited Too | PO Box 551527 | Dallas | TX | 75355 | Casey Whitehead | 866-458-3866 |
| Foster | Judith | 10/11/2003 | 557 | Lowe's | $438.03 | Lowe's | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Foster | Judith | 10/11/2003 | 563 | Lowe's | $401.74 | Lowe's | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Foster | Judith | 10/11/2003 | 566 | Lowe's | $401.74 | Lowe's | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Foster | Judith | 10/12/2003 | 568 | Lowe's | $440.70 | Lowe's | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Foster | Judith | 10/12/2003 | 564 | Lowe's | $433.32 | Lowe's | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Foster | Judith | 10/12/2003 | 565 | Lowe's | $435.45 | Lowe's | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Foster | Judith | 10/13/2003 | 572 | Lowe's | $435.68 | Lowe's | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Foster | Judith | 10/13/2003 | 576 | Lowe's | $445.12 | Lowe's | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Foster | Judith | 10/13/2003 | 577 | Lowe's | $452.60 | Lowe's | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Howard | Tashia | 4/24/2004 | 1506 | Lowe's | $2,000.00 | Lowe's | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Brooks | Ayanna | 5/16/2004 | 1021 | Lowe's | $1,500.00 | Lowe's | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |

EXHIBIT "A" - Page 2 of 5

DEFENDANT: Helene V. Walker-Brown

CASE NUMBER: 1:05cr55 KS-JMR-001

| LAST NAME | FIRST NAME | DATE | CHECK # | PAY TO | LOSS VICTIM | AMOUNT | ADDRESS | CITY | ST | ZIP | CONTACT PERSON | CONTACT PHONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lopez | Desiree | 6/27/2004 | 717 | Lowe's | Lowe's | $1,332.42 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Lopez | Desiree | 6/29/2004 | 249 | Lowe's | Lowe's | $1,504.74 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Pellette | Walina | 7/19/2004 | 269 | Lowe's | Lowe's | $1,330.12 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Lopez | Desiree | 8/6/2004 | 1055 | Lowe's | Lowe's | $1,252.40 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Lopez | Desiree | 8/9/2004 | 1076 | Lowe's | Lowe's | $927.42 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Lopez | Desiree | 8/9/2004 | 1083 | Lowe's | Lowe's | $908.79 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Lopez | Desiree | 8/10/2004 | 541 | Lowe's | Lowe's | $1,047.50 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Pellette | Walina | 9/11/2004 | 1021 | Lowe's | Lowe's | $1,014.34 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Pellette | Walina | 9/12/2004 | 1024 | Lowe's | Lowe's | $1,012.03 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Pellette | Walina | 9/12/2004 | 1107 | Lowe's | Lowe's | $455.09 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Pellette | Walina | 9/13/2004 | 1068 | Lowe's | Lowe's | $1,614.68 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Pellette | Walina | 9/14/2004 | 1153 | Lowe's | Lowe's | $119.75 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Pellette | Walina | 10/1/2004 | 845 | Lowe's | Lowe's | $1,529.10 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Pellette | Walina | 10/9/2004 | 825 | Lowe's | Lowe's | $518.40 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Bowie | Aisha | 2/25/2005 | 209 | Lowe's | Lowe's | $1,160.42 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Bowie | Aisha | 2/28/2005 | 171 | Lowe's | Lowe's | $1,908.60 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Bowie | Aisha | 2/28/2005 | 188 | Lowe's | Lowe's | $1,093.48 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Bowie | Aisha | 3/1/2005 | 1033 | Lowe's | Lowe's | $124.41 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Hart | Sharon | 3/4/2005 | 1093 | Lowe's | Lowe's | $421.57 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Hart | Sharon | 4/16/2005 | 1107 | Lowe's | Lowe's | $808.32 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Hart | Sharon | 4/18/2005 | 1183 | Lowe's | Lowe's | $947.89 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Hart | Sharon | 4/19/2005 | 1216 | Lowe's | Lowe's | $799.16 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Hart | Sharon | 4/20/2005 | 1228 | Lowe's | Lowe's | $846.20 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Hart | Sharon | 4/26/2005 | 1191 | Lowe's | Lowe's | $257.00 | PO Box 2510 | Tuscaloosa | AL | 35403-2510 | Stephanie Weaver | 205-469-3089 ext 5007 |
| Hart | Sharon | 4/22/2005 | 1234 | Mac's | Mac's | $50.00 | | | | | | |
| Hart | Sharon | 4/22/2005 | 1159 | Michael's 2077 | Mac's #14 | $150.43 | PO Box 201059 | Dallas | TX | 75320-1059 | Don Romero | 877-795-7334 |
| Hart | Sharon | | 1223 | Michael's | Michael's Stores Inc. | $150.00 | PO Box 201059 | Dallas | TX | 75320-1059 | Collection Manager | 877-795-7334 |
| Hart | Sharon | 4/18/2005 | 1113 | Motherhood Maternity | Michael's Stores Inc. | $40.00 | 456 N. 5th St. | Philadelphia | PA | 19123 | | 800-466-6223 |
| Hart | Sharon | 5/2/2005 | 1203 | Fast Trac #13 | Motherhood Maternity #1892 | $30.41 | PO Box 19688 | Birmingham | AL | 35219-9688 | | 205-945-1126 |
| Hart | Sharon | 5/2/2005 | 1075 | Super Q Drugs #24 | Nexcheck | $30.41 | PO Box 19688 | Birmingham | AL | 35219-9688 | Collection Manager | 205-945-1126 |
| Pellette | Walina | 11/12/2004 | 1116 | Outback | Nexcheck | $34.22 | 2022 N West Shore Blvd. | Tampa | FL | 33607 | | 813-282-1225 |
| Pellette | Walina | 11/15/2004 | 1092 | Petite Sophisticate | Outback, Steakhouse Inc | $24.75 | 323 NE 8th Ave. | Topeka | KS | 66607 | | 877-474-8379 |
| Pellette | Walina | 11/13/2004 | 1012 | Pier 1 | Payless | $187.61 | 323 NE 8th Ave. | Topeka | KS | 66607 | | 877-474-8379 |
| Hart | Sharon | 4/15/2005 | 1230 | Pier 1 | Petite Sophisticate | $307.61 | 100 Pier 1 Place | Ft Worth | TX | 76102-4140 | Collection Manager | 800-336-7640 |
| Hart | Sharon | 4/21/2005 | 1231 | Pier 1 | Pier 1 Imports, Check Collection Dept. | $235.99 | 100 Pier 1 Place | Ft Worth | TX | 76102-4140 | Collection Manager | 800-336-7640 |
| Hart | Sharon | 4/21/2005 | 1181 | Pier 1 | Pier 1 Imports, Check Collection Dept. | $323.38 | 100 Pier 1 Place | Ft Worth | TX | 76102-4140 | Collection Manager | 800-336-7640 |
| Hart | Sharon | 4/23/2005 | 1181 | Pier 1 | Pier 1 Imports, Check Collection Dept. | $218.28 | 100 Pier 1 Place | Ft Worth | TX | 76102-4140 | Kathy Bell | 800-336-7640 |
| Pellette | Walina | 11/13/2004 | 1102 | Pier 1 | Pier 1 Imports, Check Collection Dept. | $177.62 | 1 Pier One Place | Fort Worth | TX | 76102 | Kathy Bell | 817-252-8441 |
| Pellette | Walina | 11/14/2004 | 1101 | Pier 1 | Pier One Check Services | $93.48 | 1 Pier One Place | Fort Worth | TX | 76102 | Kathy Bell | 817-252-8441 |
| Pellette | Walina | 11/17/2004 | 1040 | Pier 1 | Pier One Check Services | $141.97 | 1 Pier One Place | Fort Worth | TX | 76102 | Kathy Bell | 817-252-8441 |
| Pellette | Walina | 11/12/2004 | 1062 | Quizno's | Pier One Check Services | $59.08 | 1475 Lawrence St. Ste. 400 | Denver | CO | 80202 | Collection Manager | 720-359-3300 |
| Pellette | Walina | 10/13/2004 | | | Quizno's | $3,399.02 | | | | | | |
| Hart | Sharon | | | Unclaimed Freight Inc. | Regions Bank | $2,457.79 | 5008 Emerald Coast Pkwy, 4th Fl. | Destin | FL | 32541 | Karfena Amrein | 800-837-9509 |
| Hart | Sharon | 4/18/2005 | 1190 | Rite Aid | Reriever Check | $217.98 | PO Box 3165 | Harrisburg | PA | 17105 | Collection Manager | 800-748-3243 |
| Hart | Sharon | 4/18/2005 | 1191 | Rite Aid | Rite Aid | $163.49 | PO Box 3165 | Harrisburg | PA | 17105 | Collection Manager | 800-748-3243 |
| Hart | Sharon | 4/18/2005 | 1213 | Rite Aid | Rite Aid | $8.03 | PO Box 3165 | Harrisburg | PA | 17105 | Collection Manager | 800-748-3243 |
| Hart | Sharon | 4/19/2005 | 1201 | Rite Aid | Rite Aid | $63.10 | PO Box 3165 | Harrisburg | PA | 17105 | Collection Manager | 800-748-3243 |
| Hart | Sharon | 4/20/2005 | 1227 | Rite Aid | Rite Aid | $241.98 | PO Box 3165 | Harrisburg | PA | 17105 | Collection Manager | 800-748-3243 |
| Hart | Sharon | | | | Rite Aid | $632.61 | PO Box 3165 | Harrisburg | PA | 17105 | Collection Manager | 800-748-3243 |
| Hart | Sharon | | | | Rite Aid | $390.63 | PO Box 3165 | Harrisburg | PA | 17105 | Collection Manager | 800-748-3243 |
| Hart | Sharon | | | | Rite Aid | $632.61 | PO Box 3165 | Harrisburg | PA | 17105 | Collection Manager | 800-748-3243 |
| Hart | Sharon | | | | Rite Aid | $390.63 | PO Box 3165 | Harrisburg | PA | 17105 | Collection Manager | 800-748-3243 |
| Hart | Sharon | 4/22/2005 | 1234 | Mac's Gas #14 | Rite Aid | $50.00 | PO Box 1211 | Oxford | MS | 38655-1211 | Collection Manager | 877-892-4325 |
| Hart | Sharon | 4/15/2005 | 1005 | Waxing #50 | Security Check LLC | $31.15 | PO Box 15310 Dept 010 | Southaven | MS | 38671-0016 | | 877-892-4325 |

EXHIBIT "A" - Page 3 of 5

DEFENDANT: Helene V. Walker-Brown

CASE NUMBER: 1:05cr55 KS-JMR-001

| LAST NAME | FIRST NAME | DATE | CHECK # | AMOUNT | PAY TO | LOSS VICTIM | ADDRESS | CITY | ST | ZIP | CONTACT PERSON | CONTACT PHONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pellette | Walina | 11/16/2004 | 1037 | $663.40 | Southwest | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Bowie | Aisha | 3/5/2005 | 1036 | $637.50 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Pellette | Walina | 11/10/2004 | 1259 | $630.60 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Pellette | Walina | 11/10/2004 | 1258 | $966.90 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Lopez | Desiree | 8/17/2004 | 1115 | $665.10 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Lopez | Desiree | 8/11/2004 | 1109 | $860.50 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Pellette | Walina | 8/11/2004 | 1109 | $835.60 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Lopez | Desiree | 7/22/2004 | 1128 | $600.40 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Pellette | Walina | 7/22/2004 | 1129 | $600.40 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Pellette | Walina | 7/18/2004 | 247 | $210.00 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Pellette | Walina | 7/18/2004 | 246 | $611.70 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Lopez | Desiree | 7/17/2004 | 173 | $441.70 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Lopez | Desiree | 7/11/2004 | 172 | $670.40 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Lopez | Desiree | 7/3/2004 | 778 | $670.40 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Lopez | Desiree | 7/11/2004 | 779 | $815.70 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Brooks | Ayanna | 6/28/2004 | 722 | $602.90 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Brooks | Ayanna | 5/19/2004 | 711 | $575.40 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Brooks | Ayanna | 5/19/2004 | 571 | $484.90 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Howard | Tashia | 5/18/2004 | 570 | $586.40 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Howard | Tashia | 4/20/2004 | 566 | $317.70 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Howard | Tashia | 4/28/2004 | 565 | $317.70 | Southwest Airlines | Southwest Airlines | PO Box 36647 - ICR | Dallas | TX | 75235 | Check Collections | 800-435-9792 |
| Brady | Demetria | 12/15/2004 | 1158 | $207.08 | Stage | Stage Stores Inc. | 10201 Main St. | Houston | TX | 77025 | Collection Manager | 800-579-2302 |
| Brady | Demetria | 12/10/2004 | 1034 | $160.00 | Stage | Stage Stores Inc. | 10201 Main St. | Houston | TX | 77025 | Collection Manager | 800-579-2302 |
| Brady | Demetria | 12/10/2004 | 1035 | $210.20 | Stage | Stage Stores Inc. | 10201 Main St. | Houston | TX | 77025 | Collection Manager | 800-579-2302 |
| Brady | Demetria | 12/10/2004 | 1044 | $208.46 | Stage | Stage Stores Inc. | 10201 Main St. | Houston | TX | 77025 | Collection Manager | 800-579-2302 |
| Brady | Demetria | 12/12/2004 | 1146 | $333.56 | Stage | Stage Stores Inc. | 10201 Main St. | Houston | TX | 77025 | Collection Manager | 800-579-2302 |
| Lopez | Desiree | 8/6/2004 | 1041 | $222.55 | Stage | Stage Stores Inc. | 10201 Main St. | Houston | TX | 77025 | Collection Manager | 800-579-2302 |
| Lopez | Desiree | 8/8/2004 | 1073 | $198.97 | Stage | Stage Stores Inc. | 10201 Main St. | Houston | TX | 77025 | Collection Manager | 800-579-2302 |
| Lopez | Desiree | 8/8/2004 | 1044 | $243.17 | Stage | Stage Stores Inc. | 10201 Main St. | Houston | TX | 77025 | Collection Manager | 800-579-2302 |
| Desiree | | 8/8/2004 | 1092 | $139.00 | Stage | Stage Stores Inc. | 10201 Main St. | Houston | TX | 77025 | Collection Manager | 800-579-2302 |
| Desiree | | 8/10/2004 | 549 | $184.99 | Stage | Stage Stores Inc. | 10201 Main St. | Houston | TX | 77025 | Collection Manager | 800-579-2302 |
| Pellette | Walina | 8/10/2004 | 521 | $236.38 | Stage | Stage Stores Inc. | 10201 Main St. | Houston | TX | 77025 | Collection Manager | 800-579-2302 |
| Pellette | Walina | 7/17/2004 | 177 | $195.37 | Stage | Stage Stores Inc. | 10201 Main St. | Houston | TX | 77025 | Collection Manager | 800-579-2302 |
| Pellette | Walina | 7/21/2004 | 1052 | $203.86 | Stage | Stage Stores Inc. | 10201 Main St. | Houston | TX | 77025 | Collection Manager | 800-579-2302 |
| Lopez | Desiree | 9/12/2004 | 1011 | $246.47 | Stage | Stage Stores Inc. | 10201 Main St. | Houston | TX | 77025 | Collection Manager | 800-579-2302 |
| Lopez | Desiree | 9/13/2004 | 1079 | $227.75 | Stage | Stage Stores Inc. | 10201 Main St. | Houston | TX | 77025 | Collection Manager | 800-579-2302 |
| Pellette | Walina | 11/12/2004 | 1064 | $210.50 | Stein Mart | Stein Mart | 150 Promenade Blvd. | Flowood | MS | 39232 | Collection Manager | 601-919-3088 |
| Pellette | Walina | 11/12/2004 | 1063 | $194.39 | Stein Mart | Stein Mart | 150 Promenade Blvd. | Flowood | MS | 39232 | Collection Manager | 601-919-3088 |
| Pellette | Walina | 11/14/2004 | 1110 | $272.83 | Stein Mart | Stein Mart | 150 Promenade Blvd. | Flowood | MS | 39232 | Collection Manager | 601-919-3088 |
| Hart | Sharon | 4/21/2005 | 1227 | $245.80 | Stein Mart | Stein Mart | 150 Promenade Blvd. | Flowood | MS | 39232 | Collection Manager | 601-919-3088 |
| Pellette | Walina | 11/12/2004 | 1060 | $644.94 | Target | Target Corporation Recovery Services | PO Box 038994 | Tuscaloosa | AL | 35403-89994 | Ford, Target Investigat | 901-383-1649 ext 398 |
| Pellette | Walina | 11/12/2004 | 1061 | $634.16 | Target | Target Corporation Recovery Services | PO Box 038994 | Tuscaloosa | AL | 35403-89994 | Ford, Target Investigat | 901-383-1649 ext 398 |
| Pellette | Walina | 11/14/2004 | 1111 | $841.99 | Target | Target Corporation Recovery Services | PO Box 038994 | Tuscaloosa | AL | 35403-89994 | Ford, Target Investigat | 901-383-1649 ext 398 |
| Bowie | Aisha | 2/15/2005 | 1210 | $622.66 | Target | Target Corporation Recovery Services | PO Box 038994 | Tuscaloosa | AL | 35403-89994 | Ford, Target Investigat | 901-383-1649 ext 398 |
| Bowie | Aisha | 2/25/2005 | 198 | $657.41 | Target | Target Corporation Recovery Services | PO Box 038994 | Tuscaloosa | AL | 35403-89994 | Ford, Target Investigat | 901-383-1649 ext 398 |
| Bowie | Aisha | 2/25/2005 | 199 | $594.94 | Target | Target Corporation Recovery Services | PO Box 038994 | Tuscaloosa | AL | 35403-89994 | Ford, Target Investigat | 901-383-1649 ext 398 |
| Bowie | Aisha | 2/26/2005 | 220 | $603.64 | Target | Target Corporation Recovery Services | PO Box 038994 | Tuscaloosa | AL | 35403-89994 | Ford, Target Investigat | 901-383-1649 ext 398 |
| Bowie | Aisha | 2/27/2005 | 242 | $322.25 | Target | Target Corporation Recovery Services | PO Box 038994 | Tuscaloosa | AL | 35403-89994 | Ford, Target Investigat | 901-383-1649 ext 398 |
| Hart | Sharon | 3/2/2005 | 1211 | $448.92 | Target | Target Corporation Recovery Services | PO Box 038994 | Tuscaloosa | AL | 35403-89994 | Ford, Target Investigat | 901-383-1649 ext 398 |
| Hart | Sharon | 4/20/2005 | 1232 | $462.22 | Target | Target Corporation Recovery Services | PO Box 038994 | Tuscaloosa | AL | 35403-89994 | Ford, Target Investigat | 901-383-1649 ext 398 |
| Hart | Sharon | 4/26/2005 | 1154 | $71.69 | Icing | The Icing | 2400 W. Central Rd. | Hoffman Estates | IL | 60195 | Collection Manager | 800-252-4737 |
| Hart | Sharon | 4/20/2005 | 1210 | $9.42 | Compac #520 | TigerTranz | PO Box 80217 | Chattanooga | TN | 37414-7217 | Carr, Collection Mana | 800-387-2270 |
| Hart | Sharon | 4/15/2005 | 1014 | $35.00 | T J Maxx #8 | TJX Corp. | 770 Cochituate Rd | Framingham | MA | 01701 | Collection Manager | 508-390-3000 |

EXHIBIT "A" - Page 4 of 5

DEFENDANT:      Helene V. Walker-Brown
CASE NUMBER:    1:05cr55 KS-JMR-001

| LAST NAME | FIRST NAME | DATE | CHECK # | PAY TO | AMOUNT | LOSS VICTIM | ADDRESS | CITY | ST | ZIP | CONTACT PERSON | CONTACT PHONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hart | Sharon | 4/15/2005 | 1013 | T J Maxx #8 | $35.00 | TJX Corp. | 770 Cochituate Rd | Framingham | MA | 01701 | Collection Manager | 508-390-3000 |
| Hart | Sharon | 4/15/2005 | 1015 | T J Maxx #8 | $192.57 | TJX Corp. | 770 Cochituate Rd | Framingham | MA | 01701 | Collection Manager | 508-390-3000 |
| Hart | Sharon | 4/20/2005 | 1214 | Cato Corporation 935 | $41.88 | TRS Recovery Services Inc. | PO Box 60012 | City of Industry | CA | 91716-0012 | Charlotte Smith | 800-927-0599 ext. 39039 |
| Hart | Sharon | 4/20/2005 | 1215 | Cato Corporation 935 | $106.38 | TRS Recovery Services Inc. | PO Box 60012 | City of Industry | CA | 91716-0012 | Charlotte Smith | 800-927-0599 ext. 39039 |
| Hart | Sharon | 4/25/2005 | 1160 | American Eagle Outfitters | $36.92 | TRS Recovery Services Inc. | PO Box 60012 | City of Industry | CA | 91716-0012 | Charlotte Smith | 800-927-0599 ext. 39039 |
| Hart | Sharon | 4/25/2005 | 1181 | Linens N Things | $83.44 | TRS Recovery Services Inc. | PO Box 60012 | City of Industry | CA | 91716-0012 | Charlotte Smith | 800-927-0599 ext. 39039 |
| Hart | Sharon | 4/28/2005 | 1182 | Linens N Things | $50.00 | TRS Recovery Services Inc. | PO Box 60012 | City of Industry | CA | 91716-0012 | Charlotte Smith | 800-927-0599 ext. 39039 |
| Pellette | Wallna | 11/12/2004 | 3203 | Wallna Pellette | $950.00 | Twin City Bank | 2922 S University | North Little Rock | AR | 72204 | Norma Harris | 501-565-6300 |
| Pellette | Wallna | 11/13/2004 | 1082 | Cash | $1,200.00 | Twin City Bank | 2922 S University | North Little Rock | AR | 72204 | Norma Harris | 501-565-6300 |
| Pellette | Wallna | 11/13/2004 | 3161 | Wallna Pellette | $900.00 | Twin City Bank | 2922 S University | North Little Rock | AR | 72204 | Norma Harris | 501-565-6300 |
| Hart | Sharon | 4/20/2005 | 1209 | USPS | $228.65 | U.S. Postal Service | 2825 Lone Oak Pkwy | Eagan | MN | 55121 | Joyce McCabe | 651-406-1517 |
| Hart | Sharon | 4/20/2005 | 1226 | USPS | $28.54 | U.S. Postal Service | 2825 Lone Oak Pkwy | Eagan | MN | 55121 | Joyce McCabe | 651-406-1517 |
| Pellette | Wallna | 11/14/2003 | 1114 | WalMart | $211.86 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Pellette | Wallna | 11/13/2004 | 1080 | WalMart | $643.97 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Pellette | Wallna | 11/13/2004 | 1079 | WalMart | $643.93 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Pellette | Wallna | 11/14/2004 | 1113 | WalMart | $203.02 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Hart | Sharon | 4/15/2005 | 1008 | WalMart #01-3528 | $543.43 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Hart | Sharon | 4/15/2005 | 1007 | WalMart | $531.79 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Hart | Sharon | 4/16/2005 | 1022 | WalMart | $840.26 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Hart | Sharon | 4/17/2005 | 1110 | WalMart | $625.22 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Hart | Sharon | 4/19/2006 | 1208 | WalMart | $431.14 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Hart | Sharon | 4/19/2006 | 1200 | WalMart | $498.14 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Hart | Sharon | 4/19/2006 | 1222 | WalMart | $496.99 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Hart | Sharon | 4/19/2006 | 1215 | WalMart | $496.99 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Hart | Sharon | 4/19/2006 | 1206 | WalMart | $488.13 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Hart | Sharon | 4/19/2006 | 1231 | WalMart | $488.14 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Hart | Sharon | 4/20/2006 | 1212 | WalMart | $455.77 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Hart | Sharon | 4/20/2006 | 1213 | WalMart | $327.00 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Hart | Sharon | 4/20/2006 | 1154 | WalMart | $406.18 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Hart | Sharon | 4/20/2006 | 1155 | WalMart | $470.76 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Hart | Sharon | 4/21/2006 | 1155 | WalMart | $379.38 | WalMart Stores, Attn: Civil Recovery | 702 SW 8th St. | Bentonville | AR | 72716 | Recovery Manager | 479-273-4200 |
| Bowie | Aisha | 4/15/2005 | 1274 | Rodney Eiland | $900.00 | Whitney National Bank | PO Box 1420 | Gulfport | MS | 39502 | Susie Stachura | 228-214-7253 |
| Bowie | Aisha | 4/15/2005 | 1270 | Sharon A. Hart | $875.00 | Whitney National Bank | PO Box 1420 | Gulfport | MS | 39502 | Susie Stachura | 228-214-7253 |
| Bowie | Aisha | 4/15/2005 | 1276 | Sharon Hart | $400.00 | Whitney National Bank | PO Box 1420 | Gulfport | MS | 39502 | Susie Stachura | 228-214-7253 |
| Hart | Sharon | 4/17/2005 | | Winn Dixie | $211.28 | Winn Dixie Western Region | PO Box 51059 | New Orleans | LA | 70151 | Margaret Heier | 504-731-2222 |
| Hart | Sharon | 4/17/2005 | | Winn Dixie | $304.57 | Winn Dixie Western Region | PO Box 51059 | New Orleans | LA | 70151 | Margaret Heier | 504-731-2222 |
| Hart | Sharon | 4/19/2005 | 1225 | Winn Dixie | $237.25 | Winn Dixie Western Region | PO Box 51059 | New Orleans | LA | 70151 | Margaret Heier | 504-731-2222 |
| Hart | Sharon | 4/19/2005 | 1153 | Winn Dixie 1412 | $109.90 | Winn Dixie Western Region | PO Box 51059 | New Orleans | LA | 70151 | Margaret Heier | 504-731-2222 |
| Hart | Sharon | 4/19/2005 | | Winn Dixie | $109.90 | Winn Dixie Western Region | PO Box 51059 | New Orleans | LA | 70151 | Margaret Heier | 504-731-2222 |
| Hart | Sharon | 4/20/2005 | 1217 | Winn Dixie | $248.75 | Winn Dixie Western Region | PO Box 51059 | New Orleans | LA | 70151 | Margaret Heier | 504-731-2222 |
| Pellette | Wallna | 11/13/2004 | 1095 | Zale's | $32.24 | Zale Corp. | 901 W. Walnut Hill Ln. | Irving | TX | 75038 | Collection Manager | 800-311-5393 |
| Hart | Sharon | 12/18/2004 | 1118 | Brenda Carr | $975.00 | | | | | | | |
| Hart | Sharon | 5/2/2005 | 1202 | Jackson Dental Clinic | $50.00 | | | | | | | |
| Hart | Sharon | 5/18/2005 | 1238 | Jeneen McCray | $975.00 | | | | | | | |
| | | | | TOTAL | $106,313.88 | | | | | | | |